PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH G. FLANAGAN  #70845
WESLEY M. SPOWHN #252939
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone:  (415) 983-1000
Facsimile:  (415) 982-1200
sarah.flanagan@pillsburylaw.com
wesley.spowhn@pillsburylaw.com

Attorneys for Defendant
STANFORD UNIVERSITY

** E-filed on October 24, 2011 **

FANG-YUH HSIEH
1394 University Avenue
Palo Alto, CA 94301
(650) 462-1628

Plaintiff – Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FANG-YUH HSIEH,<br><br>             Plaintiff,<br><br>     vs.<br><br>STANFORD UNIVERSITY; and PHILIP LAVORI, in his individual capacity,<br><br>             Defendants. | Case No. C10-05629 HRL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER OF DEFENDANT STANFORD UNIVERSITY AND PLAINTIFF FANG-YUH HSIEH EXTENDING TIME FOR FILING OF OPPOSITION AND REPLY PAPERS RE STANFORD'S MOTION FOR SUMMARY JUDGMENT<br><br>Local Rule 6-2(a)<br><br>Hearing Date:   December 6, 2011<br>Hearing Time:   10:00 a.m.<br>Location:          280 South First St.<br>                         Courtroom 2, 5th Fl.<br>                         San Jose, CA<br><br>Magistrate Judge Howard R. Lloyd |

**Stipulation and ~~Proposed~~ Order Extending
Time for Opposition and Reply Papers
Re Summary Judgment**

1    Defendant Stanford University ("Stanford") and Plaintiff Fang-Yuh Hsieh ("Hsieh")
2    submit this stipulation and ask the Court to enter an Order adopting and confirming this
3    agreement.
4        Plaintiff Hsieh represents to the Court as follows:
5        (1)    Stanford on October 11, 2011 filed its Motion for Summary Judgment,
6    calendared for hearing by the Court on December 6, 2011.  Under Local Rule 7-3 as in
7    effect until September 8, 2011, Hsieh's Opposition papers would have been due 21 days
8    before the hearing date, i.e. on November 15, 2011, and Stanford's Reply papers would
9    have been due 14 days before the hearing date, i.e. on November 22, 2011.  However, the
10   current Local Rule 7-3, as amended on September 8, 2011, measures the time going
11   forward from the filing of the Motion, not backward from the hearing date, so that Hsieh's
12   Opposition is in fact due 14 days after Stanford filed its Motion, i.e. on October 25, 2011,
13   and Stanford's Reply is due 7 days later, i.e. on November 1, 2011.
14       (2)    Hsieh will continue to represent himself pro se.  However, Hsieh wanted an
15   attorney's assistance, on an informal consultant basis, in preparing his Opposition.   He
16   asked an attorney in San Francisco to assist him, and that attorney agreed.   When the
17   attorney agreed, he was under the impression that the prior version of  Local Rule 7-3 was
18   still in effect, so that he thought Hsieh had until November 15, 2011 to file his Opposition.
19   However, upon examining the matter this week, the attorney determined that the new Rule
20   imposed a time deadline that is simply not workable under that attorney's schedule.
21       (3)    Stanford is courteously willing to accommodate Hsieh, as well as the
22   attorney whom he is consulting, by extending by ten days Hsieh's time to file his
23   Opposition.  Therefore, Hsieh's Opposition will be due on November 4, 2011.  Stanford's
24   Reply will be due on November 11, 2011.
25       (4)    There have been no prior time modifications of any kind in this case,
26   whether by stipulation or by Court order.
27
                                            1
28   **Stipulation and** ~~Proposed~~ **Order Extending**
     **Time for Opposition and Reply Papers**
     **Re Summary Judgment**

1  (5) The requested time extensions will have no effect on the schedule for this
2  case, given that the December 6 hearing date for Stanford's Summary Judgment Motion
3  will not change.
4  Dated: October 19, 2011.

By: *[signature: F. Hsieh]*

Fang-Yuh (Frank) Hsieh, *pro per*

Stanford, by and through its counsel, hereby stipulates to the modified schedule proposed in paragraph 3, *supra*.

Dated: October 19, 2011

PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH G. FLANAGAN
WESLEY M. SPOWHN
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By:  /s/ Wesley M. Spowhn
Wesley M. Spowhn
Attorneys for Defendant STANFORD UNIVERSITY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 24, 2011

*[signature]*
HOWARD R. LLOYD
United States Magistrate Judge

**Stipulation and ~~Proposed~~ Order Extending Time for Opposition and Reply Papers Re Summary Judgment**

- 2 -

1                                 Docket No. C10-05629 HRL

2                                 PROOF OF SERVICE BY MAIL

3       I, Wesley Spowhn, the undersigned, hereby declare as follows:

4       1.       I am over the age of 18 years and am not a party to the within cause. I am

5 employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco,

6 California.

7       2.       My business address is 50 Fremont Street, San Francisco, CA 94105-2228.

8 My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

9       3.       On October 19, 2011, I served a true copy of the attached document titled

10 exactly

11    •  STIPULATION AND PROPOSED ORDER OF DEFENDANT STANFORD UNIVERSITY AND PLAINTIFF FANG-YUH HSIEH EXTENDING TIME FOR FILING OF OPPOSITION AND REPLY PAPERS RE STANFORD'S MOTION FOR SUMMARY JUDGMENT

14 by placing it in an addressed sealed envelope and depositing it with the United States Postal

15 Service for delivery to the following:

16                             **Fang-Yuh Hsieh**
                            **1394 University Avenue**
17                             **Palo Alto, CA 94301**

18       I declare under penalty of perjury that the foregoing is true and correct. Executed

19 this 19th day of October, 2011, at San Francisco, California.

20

21

                                    /s/ Wesley M. Spowhn
22                                           Wesley M. Spowhn

23

24

25

26

27

28

703310304v1

**C10-05629 HRL Notice will be electronically mailed to:**

Sarah G. Flanagan         sarah.flanagan@pillsburylaw.com
Margaret Young Hughes     maggie.hughes@pillsburylaw.com
Wesley Michael Spowhn     wesley.spowhn@pillsburylaw.com

**Notice will be provided by mail to:**

Fang-Yuh Hsieh
1394 University Avenue
Palo Alto, CA 94301

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**