1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SARAH G. FLANAGAN  #70845
2  WESLEY M. SPOWHN #252939
   50 Fremont Street
3  Post Office Box 7880
   San Francisco, CA 94120-7880
4  Telephone:  (415) 983-1000
   Facsimile:  (415) 982-1200
5  sarah.flanagan@pillsburylaw.com
   wesley.spowhn@pillsburylaw.com
6
   Attorneys for Defendant
7  STANFORD UNIVERSITY

8
   FANG-YUH HSIEH
9  1394 University Avenue
   Palo Alto, CA 94301
10 (650) 462-1628

11 Plaintiff – Pro Se

** E-filed on October 24, 2011 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FANG-YUH HSIEH, | Case No. C10-05629 HRL |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER OF DEFENDANT STANFORD UNIVERSITY AND PLAINTIFF FANG-YUH HSIEH EXTENDING TIME FOR FILING OF OPPOSITION AND REPLY PAPERS RE STANFORD'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| STANFORD UNIVERSITY; and PHILIP LAVORI, in his individual capacity, | |
| Defendants. | |
| | Local Rule 6-2(a) |
| | Hearing Date:  December 6, 2011
Hearing Time:  10:00 a.m.
Location:  280 South First St.
Courtroom 2, 5th Fl.
San Jose, CA |
| | Magistrate Judge Howard R. Lloyd |

28 **Stipulation and ~~Proposed~~ Order Extending Time for Opposition and Reply Papers Re Summary Judgment**

1       Defendant Stanford University ("Stanford") and Plaintiff Fang-Yuh Hsieh ("Hsieh")
2  submit this stipulation and ask the Court to enter an Order adopting and confirming this
3  agreement.
4       Plaintiff Hsieh represents to the Court as follows:
5       (1)   Stanford on October 11, 2011 filed its Motion for Summary Judgment,
6  calendared for hearing by the Court on December 6, 2011.  Under Local Rule 7-3 as in
7  effect until September 8, 2011, Hsieh's Opposition papers would have been due 21 days
8  before the hearing date, i.e. on November 15, 2011, and Stanford's Reply papers would
9  have been due 14 days before the hearing date, i.e. on November 22, 2011.  However, the
10 current Local Rule 7-3, as amended on September 8, 2011, measures the time going
11 forward from the filing of the Motion, not backward from the hearing date, so that Hsieh's
12 Opposition is in fact due 14 days after Stanford filed its Motion, i.e. on October 25, 2011,
13 and Stanford's Reply is due 7 days later, i.e. on November 1, 2011.
14      (2)   Hsieh will continue to represent himself pro se.  However, Hsieh wanted an
15 attorney's assistance, on an informal consultant basis, in preparing his Opposition.   He
16 asked an attorney in San Francisco to assist him, and that attorney agreed.   When the
17 attorney agreed, he was under the impression that the prior version of Local Rule 7-3 was
18 still in effect, so that he thought Hsieh had until November 15, 2011 to file his Opposition.
19 However, upon examining the matter this week, the attorney determined that the new Rule
20 imposed a time deadline that is simply not workable under that attorney's schedule.
21      (3)   Stanford is courteously willing to accommodate Hsieh, as well as the
22 attorney whom he is consulting, by extending by ten days Hsieh's time to file his
23 Opposition.  Therefore, Hsieh's Opposition will be due on November 4, 2011.  Stanford's
24 Reply will be due on November 11, 2011.
25      (4)   There have been no prior time modifications of any kind in this case,
26 whether by stipulation or by Court order.
27

1

28 **Stipulation and ~~Proposed~~ Order Extending
Time for Opposition and Reply Papers
Re Summary Judgment**

1     (5) The requested time extensions will have no effect on the schedule for this

2 case, given that the December 6 hearing date for Stanford's Summary Judgment Motion

3 will not change.

4 Dated: October 19, 2011.

By: _____

Fang-Yuh (Frank) Hsieh, *pro per*

8 Stanford, by and through its counsel, hereby stipulates to the modified schedule proposed in

9 paragraph 3, *supra*.

10 Dated: October 19, 2011

PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH G. FLANAGAN
WESLEY M. SPOWHN
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880


By:  /s/ Wesley M. Spowhn
        Wesley M. Spowhn
Attorneys for Defendant STANFORD UNIVERSITY


20 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 24, 2011     _____
                                   HOWARD R. LLOYD
                                   United States Magistrate Judge

**Stipulation and ~~Proposed~~ Order Extending Time for Opposition and Reply Papers Re Summary Judgment**

- 2 -

1  Docket No. C10-05629 HRL

2  <u>PROOF OF SERVICE BY MAIL</u>

3  I, Wesley Spowhn, the undersigned, hereby declare as follows:

4  1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

7  2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

9  3. On October 19, 2011, I served a true copy of the attached document titled exactly

- <u>STIPULATION AND PROPOSED ORDER OF DEFENDANT STANFORD UNIVERSITY AND PLAINTIFF FANG-YUH HSIEH EXTENDING TIME FOR FILING OF OPPOSITION AND REPLY PAPERS RE STANFORD'S MOTION FOR SUMMARY JUDGMENT</u>

by placing it in an addressed sealed envelope and depositing it with the United States Postal Service for delivery to the following:

**Fang-Yuh Hsieh**
**1394 University Avenue**
**Palo Alto, CA 94301**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of October, 2011, at San Francisco, California.

   /s/ Wesley M. Spowhn
   Wesley M. Spowhn

703310304v1

**C10-05629 HRL** N**otice will be electronically mailed to:**

Sarah G. Flanagan sarah.flanagan@pillsburylaw.com
Margaret Young Hughes maggie.hughes@pillsburylaw.com
Wesley Michael Spowhn wesley.spowhn@pillsburylaw.com

**Notice will be provided by mail to:**

Fang-Yuh Hsieh
1394 University Avenue
Palo Alto, CA 94301

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**